■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. S & L PROCESSING LAB, INC., FRANK MUNNA, FRANK TRICARICO and LAWRENCE TOBIN, Appellants.— Four judgments (one as to each defendant) of the Supreme Court, Queens County, all rendered October 29, 1971, affirmed. No opinion. The case against defendant Tricarico is remitted to the Criminal Term for proceedings to direct said defendant to surrender himself in order that execution of the judgment be commenced (CPL 460.50, subd. 5). Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN ANDREW PASSANANTE, Appellant, v. J. LELAND CASSCLES, as Superintendent of Ossining Correctional Facility, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Westchester County, dated September 22, 1971, which dismissed the writ. Appeal dismissed, without costs. The relator is on parole (People ex rel. Wilder v. Markley, 26 N Y 2d 648). Rabin, P. J., Hopkins, Martuscello, Latham and Christ, JJ., concur.